UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXYTE U.S., INC., <br><br> Plaintiff, <br><br> -against- <br><br> ATHENEX, INC. and IMMUNITYBIO, INC., <br><br> Defendants. | Case No. 24-cv-00242 |

**NOTICE OF CROSS-MOTION TO REMAND**

PLEASE TAKE NOTICE that, upon the annexed memorandum of law and all pleadings and proceedings had herein, Defendant ImmunityBio Inc., by its attorneys, Olshan Frome Wolosky LLP, shall move this Court, located at Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, NY 14202, for an order remanding this case to the Supreme Court of the State of New York, County of Erie pursuant to 28 U.S.C. §§ 1447, 1334 and 1452(b).

Dated: New York, New York
       April 18, 2024

OLSHAN FROME WOLOSKY LLP

By: *s/ Kyle C. Bisceglie*
Kyle C. Bisceglie (*pro hac vice*)
Kerrin T. Klein (*pro hac vice*)
Michael J. Passarella
*Attorneys for ImmunityBio*
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300

12450672-1